**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,  :  No. 12 MM 2024
                         :
         Respondent        :
                         :
                         :
       v.              :
                         :
                         :
JOHN DANIEL DAVENPORT,      :
                         :
         Petitioner        :


## ORDER


**PER CURIAM**

      **AND NOW**, this 26th day of July, 2024, the Application for Extraordinary Relief is DENIED.